

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00124-CR

———————————————

MUQTASID QADIR AKA MUQTASID QAADIR, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 213th District Court
Tarrant County, Texas
Trial Court No. C-213-W011988-0591998-E

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Muqtasid Qadir a/k/a Muqtasid Qaadir filed a notice of appeal from an "Order Adopting Actions of Magistrate and Order of Transmittal" after the Texas Court of Criminal Appeals dismissed his application for a writ of habeas corpus filed pursuant to Article 11.07 of the Texas Code of Criminal Procedure. *See* Tex. Code Crim. Proc. Ann. art. 11.07. We dismiss for want of jurisdiction.

We notified Qadir by letter that we were concerned that we lacked jurisdiction over his appeal because this court has no jurisdiction over matters relating to postconviction applications under Article 11.07 of the Texas Code of Criminal Procedure. *See id.* In our letter, we explained which courts have jurisdiction:

> The habeas corpus procedure set out in [A]rticle 11.07 provides the exclusive remedy for felony postconviction relief in state court. *See Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (orig. proceeding).
>
> The Court of Criminal Appeals, Austin, Texas, has jurisdiction over [A]rticle 11.07 postconviction writs of habeas corpus/out-of-time appeals. Tex. Code Crim. Proc. Ann. art. 11.07. Furthermore, this court has no authority to review decisions of the Court of Criminal Appeals.

We further stated that unless Qadir or any party desiring to continue the appeal filed with this court on or before November 1, 2021, a response showing grounds for continuing the appeal, the appeal could be dismissed for want of jurisdiction. We have received no response.

Because this court has no jurisdiction to entertain Qadir's appeal, we dismiss the appeal for want of jurisdiction.

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: December 16, 2021